IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC
SEP 03 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

In the matter of the indictment and arrest warrant for

CARL LOGAN LUKER

Case No. 1:24-CR-50

## ORDER TO UNSEAL

UPON MOTION of the United States of America for an order directing that the Indictment, Arrest Warrant, and all related motions or orders issued be unsealed,

**IT IS HEREBY ORDERED** that the foregoing materials are unsealed.

SO ORDERED on this 3rd day of September 2024.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE